**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

## Distribution of Instructions & Forms for Pro Se / Prisoner Parties

**Motion for COA Filed**

___ Acknowledgment and Notice of Appearance

___ Docketing Notice

___ Docket Report

___ How to Appeal a Habeas Petition

___ How to Appeal as a Pro Se Party

___ Form D-P

___ T-1080 Form

___ Financial Affidavit

___ Certificate of Service

___ Format Motion

___ Format Brief

___ Format Appendix

___ Pro se Scheduling Notification

**Motion for COA Granted**

___ Acknowledgment and Notice of Appearance

___ Docketing Notice

___ Docket Report

___ How to Appeal Your Civil Case

___ How to Appeal as a Pro Se Party

___ Form D-P

___ T-1080 Form

___ Financial Affidavit

___ Certificate of Service

___ Format Motion

___ Format Brief

___ Format Appendix

___ Pro se Scheduling Notification

**COA Due**

___ Acknowledgment and Notice of Appearance

___ Docketing Notice

___ Docket Report

___ How to File a Habeas Corpus Petition

___ How to Appeal as a Pro Se Party

___ Form D-P

___ T-1080 Form

___ Financial Affidavit

___ Certificate of Service

___ Format Motion

**Federal Habeas Corpus 2241**

___ Acknowledgment and Notice of Appearance

___ Docketing Notice

___ Docket Report

___ How to File a Habeas Corpus Petition

___ Form D-P

___ T-1080 Form

___ Financial Affidavit

___ Certificate of Service

___ Format Motion

___ Format Brief

\_\_\_ Format Appendix

\_\_\_ Pro Se Scheduling Notification

**Civil rights Appeal (1983 or *Bivens*) Filed**

\_x\_\_ Acknowledgment and Notice of Appearance

\_x\_\_ Docketing Notice

\_x\_\_ Docket Report

\_x\_\_ How to Appeal Your Civil Case Instructions

\_x\_\_ How to Appeal as a Pro Se Party

\_x\_\_ How to File a ... Civil Rights Appeal Challenging the Prisoner's Detention

\_x\_\_ Prisoner Authorization Notice

\_x\_\_ Prisoner Authorization Form

\_x\_\_ Form D-P

\_x\_\_ T-1080 Form

\_x\_\_ Financial Affidavit

\_x\_\_ Certificate of Service

\_x\_\_ Format Motion

\_x\_\_ Format Brief

\_x\_\_ Format Appendix

\_x\_\_ Pro se Scheduling Notification

**Second/Successive Petition Filed**

\_\_\_ Acknowledgment and Notice of Appearance

\_\_\_ Docketing Notice

\_\_\_ Docket Report

\_\_\_ T-1080 Form

\_\_\_ How to Appeal as a Pro Se Party

\_\_\_ How to file a Habeas Corpus Petition

\_\_\_ Appropriate Application:(2254 or 2255)

\_\_\_ Certificate of Service